UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARI HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., and ERIC S. LANGAN,<br><br>Defendants. | Case No.: 4:19-cv-1841<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiff certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this litigation:

Plaintiff:

- Ari Hoffman

Defendants:

- RCI Hospitality Holdings, Inc.  (NASDAQ:  RICK)
- Eric S. Langan

Dated: May 21, 2019

**KENDALL LAW GROUP, PLLC**

*/s/ Joe Kendall*
JOE KENDALL
State Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 21st day of May, 2019, to all counsel of record.

*/s/ Joe Kendall*
Joe Kendall