United States District Court
Southern District of Texas
**ENTERED**
June 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARI HOFFMAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:19-cv-01841 |
| RCI HOSPITALITY HOLDINGS, INC. and ERIC S. LANGAN, | § § § § | |
| *Defendants.* | § § | |

## ORDER REGARDING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND SUBSEQUENT AMENDMENT

Before the Court is the Stipulation Regarding Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint and Subsequent Amendment, filed by Defendants RCI Hospitality Holdings, Inc. ("RCI") and Eric S. Langan ("Langan") (collectively, "Defendants") and Plaintiff Ari Hoffman, Individually and On Behalf of All Others Similarly Situated ("Plaintiffs"). The parties agree to vacate Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint and to extend the parties' respective deadlines regarding Plaintiffs' subsequent amended pleading. Having considered the Motion, the Court finds that it should be and hereby is GRANTED. It is therefore ORDERED that:

1. Defendants' current deadline to answer or otherwise respond to Plaintiffs' Complaint is vacated.

2. This action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.* (the "Reform Act"), which provides for the appointment of a lead

plaintiff and approval of lead counsel. The lead plaintiff shall file an amended complaint within forty-five (45) days of the order appointing lead plaintiff and lead counsel.

3. Defendants shall have forty-five (45) days from the date of filing of the lead plaintiff's amended complaint to answer or otherwise respond to the amended complaint.

4. If Defendants file a motion in response to the amended complaint, the lead plaintiff shall have forty-five (45) days to respond, and Defendants shall have thirty (30) days to reply thereafter.

It is so ORDERED.

JUN 2 8 2019
Date

The Honorable Alfred H. Bennett
United States District Judge