UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARI HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>            v.<br><br><br>RCI HOSPITALITY HOLDINGS, INC., and ERIC LANGAN,<br><br>                                    Defendants. | Case No.  4:19-cv-01841<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF BIPIN KADEL AND DAVID GROSSMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL |
| NING GU, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>            v.<br><br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC LANGAN, and PHILLIP MARSHALL,<br><br>                                    Defendants. | Case No.  4:19-cv-01917 |
| DAVID GROSSMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>            v.<br><br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC LANGAN, and PHILLIP MARSHALL,<br><br>                                    Defendants. | Case No.  4:19-cv-02318 |

1

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Bipin Kadel and David Grossman (collectively, "Kadel and Grossman"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Kadel and Grossman's motion for consolidation, appointment as Lead Plaintiffs for the Class and approval of their selections of Pomerantz as Lead Counsel and The Briscoe Law Firm, PLLC ("BLF") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published on May 21, 2019, announcing the pendency of the first-filed above-captioned action;

Exhibit B:    Shareholder Certifications executed by Kadel and Grossman;

Exhibit C:    Loss chart of Kadel and Grossman;

Exhibit D:    Firm resume of Pomerantz; and

Exhibit E:    Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 22, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 22, 2019, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman