# EXHIBIT A



# Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of RCI Hospitality Holdings, Inc. Investors (RICK)

May 21, 2019 07:35 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of Texas, captioned *Hoffman v. RCI Hospitality Holdings, Inc. et al.*, (Case No. 4:19-cv-01841), on behalf of persons and entities that purchased or otherwise acquired RCI Hospitality Holdings, Inc. (NASDAQ: RICK) ("RCI Hospitality" or the "Company") securities between **February 14, 2018 and May 10, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On December 11, 2018, RCI Hospitality stated that it could not timely file its annual report with the SEC due to "delays in completing the audit of its financial statements for the year ended September 30, 2018."

On this news, the Company's share price fell $1.37, or approximately 6%, to close at $22.33 per share on December 12, 2018, thereby injuring investors.

Then, on May 10, 2019, RCI Hospitality stated that it could not timely file its quarterly report with the SEC for the period ended March 31, 2019 due to pending investigations concerning negative articles published in mid- and late 2018 about the company.

On this news, the Company's share price fell $1.67, or over 7%, to close at $20.48 per share on May 13, 2019, thereby injuring investors further.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company engaged in numerous transactions with the CEO, including lending him significant sums of money; (2) that these practices were reasonably likely to lead to regulatory scrutiny of the Company; (3) that, as a result of investigations into the Company's governance, the Company would be unable to timely file its financial statements; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased RCI Hospitality securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

#Hashtags

#INVESTORS     #FRAUD     #CLASSACTION

$Cashtags

$RICK