# EXHIBIT C

**RCI Hospitality Holdings, Inc. (RICK)**
**Class Period: Aug 10, 2017 to May 10, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 68-Day* Mean Price $17.4400 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kadel, Bipin | 12/1/2017 | 100 | $32.8000 | ($3,280) | 12/22/2017 | (12) | 29.1 | $349 | | | |
| Kadel, Bipin | 12/22/2017 | 13 | $29.1000 | ($378) | | | | | | | |
| Kadel, Bipin | 2/22/2018 | 6 | $28.6000 | ($172) | | | | | | | |
| Kadel, Bipin | 10/23/2018 | 30 | $26.5200 | ($796) | | | | | | | |
| Kadel, Bipin | 2/26/2019 | 15 | $23.8600 | ($358) | | | | | | | |
| **Kadel, Bipin** | | **164** | | **($4,983)** | | **(12)** | | **$349** | **152** | **$2,651** | **($1,983)** |
| | | | | | | | | | | | |
| **Grossman, David** | **12/27/2018** | **200** | **$21.2281** | **($4,246)** | | | | | **200** | **$3,488** | **($758)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Kadel, Bipin | | 164 | | ($4,983) | | (12) | | $349 | 152 | | ($1,983) |
| Grossman, David | | 200 | | ($4,246) | | 0 | | $0 | 200 | | ($758) |
| **Total** | | **364** | | **($9,229)** | | **(12)** | | **$349** | **352** | | **($2,741)** |

*Avg Closing Prices from May 13 to July 19