# EXHIBIT E



A PROFESSIONAL LIMITED LIABILITY CORPORATION

12700 Park Central Drive, Suite 520

Dallas, Texas 75251

Tel: 972-521-6868; Fax: 281-254-7789

www.thebriscoelawfirm.com

The Briscoe Law Firm is a full service business litigation, commercial transactions, and public advocacy firm. Collectively, the firm has more than 33 years of experience managing client legal issues on complex litigation and transactional matters. In addition, for the last 13 years our public law practice professionals have managed governmental relations and strategic communications advocacy efforts in a variety of areas including telecommunications, energy, transportation, renewable energy incentives and municipal governments.

**Our Professionals**

**Willie C. Briscoe**

For more than 13 years, Mr. Briscoe has dedicated his practice to both prosecuting and defending matters for small and emerging companies and individuals.  Mr. Briscoe has extensive trial experience in both federal and state court.

Mr. Briscoe also has extensive experience representing companies and individuals before the Texas State Securities Board, FINRA and the United States Securities and Exchange Commission. Mr. Briscoe focuses most of his practice on prosecuting securities class action and derivative matters.  In particular, Mr. Briscoe is a former enforcement attorney for the SEC Enforcement Division.  While at the SEC, Mr. Briscoe prosecuted and/or investigated more than forty cases involving corporate fraud, financial accounting fraud and earnings restatements, insider trading, and other general corporate malfeasance issues.  Prior to joining the SEC, Mr. Briscoe was a criminal prosecutor for the Dallas County District Attorney's Office, where he tried more than 70 jury trials to judgment.

Past Employment History:

The Provost Umphrey Law Firm, LLP, Civil Litigation
U. S. Securities and Exchange Commission, Enforcement Attorney
Dallas County District Attorney's Office, Assistant District Attorney

Education:

The Georgetown Law Center, L.L.M. Securities and Financial Regulations, 1999
Thurgood Marshall School of Law, J.D. cum laude, 1997
Hampton University, B.A., cum laude, 1994

Admitted:

Texas
United States District Court, Northern District of Texas
United States District Court, Southern District of Texas
United States District Court, Western District of Texas
United States District Court, Eastern District of Texas
United States District Court, Southern District of Indiana

**Billy J. Briscoe**

Billy Briscoe has over 10 years of experience providing management and strategic advisory services to public sector entities and Fortune 1000 companies. An experienced advocate on Telecommunications, Energy, Insurance, and Transportation issues, Billy has served as a trusted advisor to various clients on legal, governmental relations/strategic communications, and business matters.   He leads the firm's Governmental Relations, Public Law and Administrative Law practice.

Past Employment History:

The Tagos Group, LLC, Founding Shareholder, Vice-President of Strategy
Diamond Management and Technology Consultants, Public Sector Business Consultant
Public Strategies, Inc., Principal, Governmental Relations and Strategic Communications
Florida Partnership for Affordable and Competitive Energy (PACE), Executive Director State Representative Roberto Gutierrez, Legislative Aide

Education:

University of Michigan, M.B.A., 2004
University of Houston, J.D., 1998
Hampton University, B.A., cum laude 1994

Admitted:

Texas

**<u>Our Business/Securities Litigation Experience:</u>**

The trial attorneys at The Briscoe Law Firm have extensive trial experience in both federal and state court.  We represent companies and individuals on wide variety of civil matters, including simple and complex business disputes, breach of contracts, copyright infringement, securities class action and derivative shareholder disputes.  Attorneys at the firm are admitted to practice in all federal district courts in Texas, thereby enabling the firm to serve as local counsel to out-of-state attorneys and law firms.

Attorneys at the firm have litigated cases that have resulted in more than $750 million being recovered for our clients.

**<u>List of Representative Cases and Significant Results:</u>**

*Jerry Ryan v. Flowserve Corporation, et al., Cause No. 3:03-CV-01769-B (Judge Jane Boyle) ($55 million recovery for shareholders)*

*In re Dynegy, Inc.  Securities Litigation*, Cause No. H-02-CV-1571 (S.D. Tex.) (Judge Sim Lake) ($474 million recovery for shareholders)

*Schwartz v. TXU Corp.,* et al, Cause No. 3:02-CV-2243-K (N.D. Tex.) (Judge Ed Kinkeade) ($149.75 million recovery for shareholders)

*In Re Cablevision Systems Corp. Shareholder and Derivative Litigation*, Master File No. CV-06-4130 (E.D.N.Y.) (Judge David G. Trager) ($34.4 million recovery for shareholders and the company)

*In re Broadwing Inc., ERISA Litigation*, Cause No. C-1-02-857 (S.D. Ohio, Western Div.) (Judge Sandra Beckwith) ($11 settlement for plan beneficiaries)

*Blackmoss Investments v. Gravity Co. Ltd*, No. 1:05-CV-04804-LAP (S.D.N.Y.) (Judge Loretta Preska) ($10 million recovery for shareholders)

*In re UICI Securities Litigation*, Cause No. 3:04CV1149P (N.D. Tex.) (Judge Gorge Solis) ($6.5 million recovery for shareholders)

*Wahl v. Daisytek*, Cause No. 4:03-CV-00212 (E.D. Tex. Jul. 20, 2005) (Judge Paul Brown) ($6 million recovery for shareholders)

*In re 7-Eleven, Inc. shareholders Litigation*, Cause No. 05-08944-M (Judge Adolph Canales) ($1.5 million settlement)

*Morris v. Fontaine, et al,* Cause No. 4:03-CV-00409 (E.D. Tex.) (Judge Paul Brown) ($1.25 million settlement)

*In re Nextwave Wireless, Inc. Shareholder Litigation*, Lead Case No. 37-2012-00103742-CU-SL-CTL (Cal. Super. Ct., San Diego) (a transaction worth nearly $60 million)

*Kosko v. Overhill Farms, Inc., et al.*, Cause No. BC509639, Consolidated with Case No. BC 509536 (Cal. Super. Ct., Los Angeles) (a transaction worth nearly $81 million)

*In re Syntroleum Corp. Shareholder Litigation*, Case No. CJ-2013-5807 (Okla. Dist. Ct.) (a transaction worth more than $40 million)

*Banfe v. Performance Technologies Services, Inc., et al.*, Index No. 13-14391 (Minn. Dist. Ct.) (a transaction worth more than $10 million)

*In re STEC, Inc. Shareholders Litigation*, Lead Case No. 30-2013-00659340-CU-SL-CXC (Cal. Super. Ct., Orange County) (a transaction worth more than $340 million)

*In re Seacube Container Leasing LTD Shareholders Litigation*, Docket No. C-40-13 (N.J. Super. Ct., Bergen County) (a transaction worth more than $467 million)

*Reeves v. Food Technology Services, Inc., et al.*, Case No. 2013CA-006227-000-00 (Fla. Cir. Ct.) (a transaction worth more than $21 million)

*Douglas W. Weitzman v. Myron E. Ullman III*, Lead Case No. 4:13-CV-00585-RAS-DDB (E.D. Tex.)

*In re Delcath Systems, Inc. Derivative Shareholders Litigation*, Case No. 13 Civ. 3494 (LGS) (S.D.N.Y.)

*In re Uranerz Energy Corporation Shareholder Litigation,* Case No. A-15-711942-B (Clark County, Nevada)

*Christopher Clark v. Advanced Photonix, Inc., et al.*, Case No. 2015-169-CB (Cir. Ct. of Washtenaw, Mich.)

*In re Active Power, Inc. Shareholder Derivative Litigation*, Cause No. D-1-GN-13-003230 (Travis County Dist. Ct., Texas)