UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARI HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., and ERIC S. LANGAN,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-01841<br>§<br>§ **NOTICE OF MOTION AND MOTION OF**<br>§ **ROGER DEMAGGIO, PATRICK PRAHL,**<br>§ **JUSTIN KINSLOW, JOSEPH MILO, AND**<br>§ **EDGAR M. KEE TO (1) CONSOLIDATE**<br>§ **RELATED ACTIONS; (2) APPOINT LEAD**<br>§ **PLAINTIFFS; AND (3) APPROVE LEAD**<br>§ **PLAINTIFFS' SELECTION OF COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Alfred H. Bennett<br>§<br>§ |
| NING GU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC LANGAN, and PHILLIP MARSHALL,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-01917<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Keith P. Ellison<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| DAVID GROSSMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and PHILLIP MARSHALL,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-02318<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Kenneth M. Hoyt<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Movants Roger DeMaggio, Patrick Prahl, Justin Kinslow, Joseph Milo, and Edgar M. Kee ("Movants"), through counsel, hereby move the Court pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)     consolidating the above-captioned actions;

(b)     appointing Movants as Lead Plaintiffs in this action; and

(c)     approving Movants' selection of The Rosen Law Firm P.A. and Glancy Prongay & Murray LLP as Co-Lead Counsel and Kendall Law Group, PLLC as Liaison Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movants submit the accompanying Memorandum of Law, Declaration of Joe Kendall and the exhibits attached thereto, a proposed Order, and all of the prior pleadings and proceedings in this matter, and such other written and/or oral argument as may be permitted by the Court.

### CERTIFICATE OF CONFERENCE

Local Rule 7.1(D) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movants do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movants respectfully request that the conferral requirement of Local Rule 7.1(D) be waived.

Dated: July 22, 2019

Respectfully submitted,

**KENDALL LAW GROUP, PLLC**

_____/s/ *Joe Kendall*_____
JOE KENDALL
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214)-744-3000
Facsimile: (214)-744-3015
Email: jkendall@kendalllawgroup.com

[Proposed] Liaison Counsel for Plaintiffs and Class

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 34th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Lesley F. Portnoy
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

[Proposed] Co-Lead Counsel for Plaintiffs and Class

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
Sherin Mahdavian, Esq.
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964

3

Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

Additional Counsel to Movants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of July 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


_/s/ Joe Kendall_____

Joe Kendall

4