UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARI HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RCI HOSPITALITY HOLDINGS, INC., and ERIC S. LANGAN,<br><br>        Defendants. | § CIVIL ACTION NO. 4:19-cv-01841<br>§<br>§ **ORDER CONSOLIDATING RELATED**<br>§ **ACTIONS, APPOINTING LEAD**<br>§ **PLAINTIFFS AND CO-LEAD COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Alfred H. Bennett<br>§<br>§<br>§ |
| NING GU, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC LANGAN, and PHILLIP MARSHALL,<br><br>        Defendants. | § CIVIL ACTION NO. 4:19-cv-01917<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Keith P. Ellison<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| DAVID GROSSMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and PHILLIP MARSHALL,<br><br>        Defendants. | § CIVIL ACTION NO. 4:19-cv-02318<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Kenneth M. Hoyt<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

1

WHEREAS, the above-captioned securities class actions (the "Securities Class Actions") have been filed against RCI Hospitality Holdings, Inc., et al. (collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that a court may order all actions consolidated if they involve "common issues of law or fact." The Securities Class Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on May 21, 2019 a notice was issued to potential class members of the action and informed them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on July 22, 2019, Roger DeMaggio, Patrick Prahl, Justin Kinslow, Joseph Milo, and Edgar M. Kee ("Movants") moved the Court for: (1) consolidation of related actions; (2) appointment as Lead Plaintiffs; and (3) approval of selection of The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP as Co-Lead Counsel and Kendall Law Group, PLLC as Liaison Counsel;

WHEREAS, the PSLRA provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that Movants have the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

### CONSOLIDATION OF SECURITIES CLASS ACTIONS

1.      The Securities Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

### MASTER DOCKET AND CAPTION

2.      The docket in Case No. 4:19-cv-01841 shall constitute the Master Docket for this action.

3.      Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------X

Master File No. 4:19-cv-01841

In re RCI Hospitality Holdings, Inc.

Securities Litigation                     <u>CLASS ACTION</u>


---------------------------------------------------------X

This Document Relates To:

4.      The file in civil action no. 4:19-cv-01841 shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.      All Securities Class Actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order

of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

### APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD AND LIAISON COUNSEL

7.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movants are appointed as Lead Plaintiffs as they have the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23.

8.      Movants' selection of counsel is approved, and accordingly, The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP are appointed as Co-Lead Counsel and Kendall Law Group, PLLC is appointed as Liaison Counsel.

9.      Co-Lead Counsel shall manage the prosecution of this litigation. Co-Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of the Lead Plaintiffs and Class.

It is so ORDERED.

---
Date

---
The Honorable Alfred H. Bennett
United States District Judge

4