UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARI HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., and ERIC S. LANGAN,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-01841<br>§<br>§ **DECLARATION OF JOE KENDALL IN**<br>§ **SUPPORT OF MOTION OF ROGER**<br>§ **DEMAGGIO, PATRICK PRAHL, JUSTIN**<br>§ **KINSLOW, JOSEPH MILO, AND EDGAR**<br>§ **M. KEE TO (1) CONSOLIDATE RELATED**<br>§ **ACTIONS; (2) APPOINT LEAD**<br>§ **PLAINTIFF; AND (3) APPROVE LEAD**<br>§ **PLAINTIFFS' SELECTION OF COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Alfred H. Bennett<br>§ |
| NING GU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC LANGAN, and PHILLIP MARSHALL,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-01917<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Keith P. Ellison<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| DAVID GROSSMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and PHILLIP MARSHALL,<br><br>Defendants. | § CIVIL ACTION NO. 4:19-cv-02318<br>§<br>§ **CLASS ACTION**<br>§<br>§ Hon. Kenneth M. Hoyt<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

I, Joe Kendall, declare as follows:

1.    I am an attorney with the law firm of Kendall Law Group, PLLC, [proposed] liaison counsel for [proposed] lead plaintiffs Roger DeMaggio, Patrick Prahl, Justin Kinslow, Joseph Milo, and Edgar M. Kee ("Movants") and for the class in the above-captioned action. I make this declaration in support of Movants' Motion to Consolidate Related Actions, Appoint Lead Plaintiffs, and Approve Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    Notice published in *Business Wire* on May 21, 2019, announcing the pendency of the securities class action against defendants herein: *Hoffman v. RCI Hospitality Holdings, Inc. et al.*, Case No. 4:19-cv-01841;

Exhibit 2:    Signed PSLRA Certification of Movant;

Exhibit 3:    Table of Movant's calculated losses, as a result of transactions in RCI Hospitality Holdings, Inc. securities;

Exhibit 4:    Firm résumé of The Rosen Law Firm P.A.;

Exhibit 5:    Firm résumé of Glancy Prongay & Murray LLP;

Exhibit 6:    Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2019                              **KENDALL LAW GROUP, PLLC**


                                                          /s/ *Joe Kendall*
                                                          JOE KENDALL

2

Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214)-744-3000
Facsimile: (214)-744-3015
Email: jkendall@kendalllawgroup.com

[Proposed] Liaison Counsel for Plaintiffs and Class

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


_____ /s/ Joe Kendall _____
Joe Kendall

3