# EXHIBIT A

## Exhibit A

The following is a screen capture of Tannos Construction & Development, LLC's website[1], showing Tannos's claimed work in constructing at least one Bombshells restaurant location:



---

[1] https://tannosconstruction.com/commercial-construction/ accessed February 24, 2020.

The following screen captures are pictures posted publicly on Facebook by Louis Tannos, President of Tannos Construction & Development, LLC.[2]   These pictures show the construction of RCI Bombshells and Nightclubs locations by Tannos in 2017 and 2018.



---

[2] https://www.facebook.com/louis.tannos/ accessed February 24, 2020.



**Louis Tannos**
March 16, 2017 · 🌐

What a fun transformation.
Coming in April to Webster TX.
Studio 80. Woo Hoo!!



**Jeffrey Murtha**
March 16, 2017 · Webster, TX

Get ready Houston Opening mid April !!!!

👍😮 18                                    2 Comments

**Louis Tannos**
April 5, 2017 · 🌐

I think just about anyone can be a general contractor. It takes a basic
knowledge of how things go together and a little bit of luck on the sales front.
But honestly, running 10-15 trades at multiple sites in different cities at the
same time while desperately trying to hit impossible goals set by clients you
actually care about? That takes a special type of crazy!! After 18 years of doing
this I've learned this, your nothing without good people and if you don't keep
your head in what your doing forget it. You will just burn up and fizzle out.
Showed up at four sites so far today and all were full of workers and no one
needed anything from me. Lol.
Better to be lucky than good.



👍 43                                    6 Comments







**Louis Tannos**
December 18, 2017 · 🌐

WOW! Mud. Lots of mud. Somehow everything is moving.
Bombshells I-10 HUGE SITE!



👍 17                                    6 Comments

**Louis Tannos**
February 20, 2018 · 🌐

God has smiled on me today. I have been trying to pour these for over a
month. Finally able to get a little work done. With any luck we can push
through and get the foundation done before the steel arrives at the end of the
month. Bombshells I-10 gonna get on schedule come hell or high water.
Although lately they have felt like the same thing.



👍 13                                    2 Comments

**Louis Tannos**
March 1, 2018 · 🌐

HOME STRECH!!!! Rain, rain, go F yourself!!
Bombshells Pearland. Coming SOON!



👍 17                                                    3 Comments

**Louis Tannos**
March 13, 2018 · 🌐

This store is amazing.
In the final stage and hoping to push through and be done soon. 😓



👍 21                                          1 Comment  2 Shares







**Louis Tannos**
April 20, 2018 · 🌐

We're Moving!!!
Bombshells I-10 building like we mean it!
Rain rain stay away!!!



👍 18                                    1 Share

**Louis Tannos**
May 3, 2018 · 🌐

Bombshell I-10 moving along.
I think this is gonna be a great one!



👍 14                                    4 Shares

**Louis Tannos**
May 3, 2018 · 🌐

Bombshells 59. Coming soon!!!
Starting a new job is always exciting. Finding an entire concrete parking lot underneath 3 feet of dirt, not so much!



👍😮 29                          17 Comments  4 Shares

**Louis Tannos**
May 17, 2018 · 🌐

Bombshells I-10. Moving great!
This is going to be the best yet!



👍 21                          3 Comments

**Louis Tannos**
May 29, 2018 · Houston, TX · 🌐

Major movement at bombshells east!



👍 21                                                                1 Comment  2 Shares

**Louis Tannos**
June 14, 2018 · Houston, TX · 🌐

Moving good!
A few more projects to finish the outside and the inside is well underway.
Should be closing it up in the next two weeks.
Bombshells East coming soon!!



👍 16                                                                4 Comments



**Louis Tannos** is in Webster, Texas.
June 16, 2018 · 🌐

Ashamed to say this. But, I haven't been here since I built the place. Lol. So much fun!! If you haven't been to studio 80 yet. Do yourself a favor. Go! Jeffrey Murtha wonderful job!

👍😆❤ 17                    4 Comments



**Louis Tannos**
August 9, 2018 · Houston, TX · 🌐

Bombshells and 59 retail center finally up and running. Great progress made in the last week. Sewer and storm almost completed. Feels good to be almost back up and running normal again.

👍 31                    5 Comments

**Louis Tannos**
August 17, 2018 · Friendswood, TX · 🌐

Bombshells and retail center moving along nicely! Hey 59 south location coming soon.



👍 9

**Louis Tannos**
August 31, 2018 · Houston, TX · 🌐

Dirt, dirt & more dirt. Let the final grading begin!
Ready for pads and to start going up!
Bombshells 59 & retail center.



👍 11