UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc.<br><br>Securities Litigation | Master File No. 4:19-cv-01841-AHB |

## DECLARATION OF MARGARET AUSTIN

I, Margaret Austin, declare as follows:

1.      I am a paralegal employed with the law firm of DLA Piper LLP (US), counsel of record for defendants RCI Hospitality Holdings ("RCI"), Eric Langan, Phillip Marshall, Nour-Dean Anakar, and Steven Jenkins.  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would competently testify to these matters.

2.      Exhibit 1 is a true and correct copy of a letter from BDO to the SEC, dated July 18, 2019 attached as an Exhibit to RCI's Form 8-K, lodged with the SEC on July 18, 2019.  I obtained the document by downloading it from EDGAR, on the Securities and Exchange Commission's Internet site.

3.      Exhibit 2 is a true and correct copy of a Press Release attached as an Exhibit to RCI's Form 8-K, lodged with the SEC on July 22, 2019.  I obtained the document by downloading it from the EDGAR, on the Securities and Exchange Commission's Internet site.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 24, 2020 in Mountain View, California.

/s/ *Margaret Austin*
MARGARET AUSTIN

# EXHIBIT 1

8-K 1 form8-k.htm

# United States
# Securities and Exchange Commission
**Washington, D.C. 20549**

# FORM 8-K

Current Report

Pursuant to Section 13 or 15(d) of

The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): July 12, 2019

# RCI HOSPITALITY HOLDINGS, INC.

(Exact Name of Registrant as Specified in Its Charter)

| Texas | 001-13992 | 76-0458229 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

10737 Cutten Road
Houston, Texas 77066
(Address of Principal Executive Offices, Including Zip Code)

(281) 397-6730
(Issuer's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a -12)

[ ]  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d -2(b))

[ ]  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e -4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.01 par value | RICK | The Nasdaq Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company [  ]

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [  ]

3/11/2020

Case 4:19-cv-01841   Document 37-1   Filed 04/24/20 in TXSD   Page 4 of 18

**ITEM 4.01   CHANGES IN REGISTRANT'S CERTIFYING ACCOUNTANT.**

(a)        Resignation of Previous Independent Registered Public Accounting Firm.

On July 12, 2019, BDO USA, LLP ("BDO") sent our Board of Directors a letter to provide notice of its conclusions under Section 10A of the Securities Exchange Act of 1934 (the "Exchange Act") and to inform us that BDO was resigning as our independent registered public accounting firm, effective immediately.

As previously disclosed on May 10, 2019 in our Form 12b-25 filed with the Securities and Exchange Commission ("SEC") and in our related press release, the SEC initiated an inquiry after a series of negative articles about the company was anonymously published in internet forums associated with the short-selling community. After we notified BDO of the SEC inquiry and had follow-up communications, BDO issued a letter to the Audit Committee on March 12, 2019, citing the Audit Committee's responsibility under Section 10A of the Exchange Act. On March 15, 2019, a special committee of our Audit Committee (the "Special Committee") was formed to conduct an independent internal review to look into the matters raised by the SEC inquiry and the anonymous internet articles. As part of the internal review, the Special Committee engaged an international law firm as independent outside counsel (the "Special Counsel").

The Special Counsel, led by a former United States Attorney with extensive experience in matters of this nature, began a comprehensive review that included: (i) reviewing documents relating to the SEC inquiry and the anonymous internet articles; (ii) gathering and assessing relevant publicly available documents, including Secretary of State filings; (iii) reviewing and analyzing the Company's quarterly and annual filings with the SEC; (iv) running extensive searches on our email servers and reviewing relevant documents; and (v) conducting appropriate interviews.

Throughout this process, the Special Counsel was in frequent contact with the Special Committee and kept them continuously apprised of developments. Additionally, the Special Committee and the Special Counsel communicated frequently with BDO to update BDO on the process and address concerns or additional issues raised. These communications, which included discussions of the matters described in BDO's July 12, 2019 letter, continued until the week of BDO's resignation.

Our management and employees have fully cooperated with both the Special Committee's review and the SEC inquiry, and Special Counsel has presented the findings to the Audit Committee and to the Board of Directors. Following Special Counsel's presentation of the findings, BDO notified RCI's Board of Directors on July 12, 2019 that, due to certain concerns relating to the procedural aspects of the review process of the Special Committee and Special Counsel, it was providing notice to the Board in accordance with Section 10A (b)(2) of the Exchange Act and resigning effective immediately. Specifically, BDO stated that it believes the company has not performed sufficient investigatory procedures and has not taken timely and appropriate remedial action in response to certain deficiencies that BDO thinks exist in the way the internal review has been conducted, including: (i) undue restriction on the scope of the internal review; (ii) failure to initiate certain forensic procedures; (iii) refusal to provide BDO access to pertinent interview summaries and other documents; (iv) lack of assessment as to the impact of the matters identified to date on existing and future regulatory filings, including financial statements related footnotes; and (v) restrictions, based on privilege, hindering BDO's ability to properly shadow and evaluate the adequacy of the internal review.

The Special Committee disagrees with BDO's assessment of any procedural deficiencies in the internal review. The Special Committee and Special Counsel believe the internal review has been both thorough and procedurally sound.

Although the fact-finding portion of the internal review was substantially complete at the time of BDO's resignation, BDO elected not to receive a final report before resigning.

We have begun the process of identifying a new independent registered public accounting firm and will disclose the engagement of a new independent registered public accounting firm in accordance with SEC rules and regulations once the process has been completed. We have authorized BDO to respond fully to the inquiries of our successor accountant, upon engagement, concerning the subject matter of this Current Report and the content of BDO's March 12, 2019 letter and any related correspondence from BDO.

Neither of BDO's reports on the financial statements for the past two fiscal years contained an adverse opinion or a disclaimer of opinion, or was qualified or modified as to uncertainty, audit scope, or accounting principles.

Except for the matters described in paragraphs one through seven above and in paragraph 11 below of this Current Report, during our two most recent fiscal years or any subsequent interim period preceding the resignation of BDO, (i) there have been no disagreements with BDO on any matter of accounting principles or practices, financial statement disclosure, or auditing scope or procedure, which disagreement(s), if not resolved to the satisfaction of BDO, would have caused it to make reference to the subject matter of the disagreement(s) in connection with its report; and (ii) none of the kinds of events listed in paragraphs (a)(1)(v) (A) through (D) of Item 304 of Regulation S-K occurred while BDO was engaged.

As disclosed in our Form 10-K's for the years ended September 30, 2018 and September 30, 2017, BDO audited our internal control over financial reporting as of the fiscal year end for both those periods and identified certain material weaknesses, which material weaknesses were also identified in management's assessment. The identification of the material weaknesses resulted in BDO expressing an opinion that we did not maintain, in all material respects, effective internal control over financial reporting as of September 30, 2018 and as of September 30, 2017.

We previously provided BDO a copy of this current report on Form 8-K and requested that it furnish us with a letter addressed to the SEC stating whether or not BDO agrees with the above statements. We have received the requested letter from BDO stating that they agree, a copy of which is filed as Exhibit 16.1 to this report.

**ITEM 9.01  FINANCIAL STATEMENTS AND EXHIBITS.**

*(d) Exhibits.*

| No. | Exhibit |
| --- | --- |
| 16.1 | Letter from BDO to the Securities and Exchange Commission |

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report on Form 8-K to be signed on its behalf by the undersigned hereunto duly authorized.

RCI HOSPITALITY HOLDINGS, INC.

Date: July 18, 2019                                     By: */s/ Eric Langan*

Eric Langan
President and Chief Executive Officer

Page 4 of 4

Case 4:19-cv-01841     Document 37-1     Filed 04/24/20 in TXSD     Page 7 of 18

EX-16.1 2 ex16-1.htm



| | | |
|---|---|---|
| | Tel:  440-248-8787<br>Fax: 440-248-0841<br>www.bdo.com | 32125 Solon Road, Suite 200<br>Cleveland, OH 44139 |

July 18, 2019

Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549

We have been furnished with a copy of the response to Item 4.01 of Form 8-K for the event that occurred on July 12, 2019, to be filed by our former client, RCI Hospitality Holdings, Inc. We agree with the statements made in response to that Item insofar as they relate to our Firm.

Very truly yours,

BDO USA, LLP

---

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

Case 4:19-cv-01841    Document 37-1    Filed 04/24/20 in TXSD    Page 9 of 18

# EXHIBIT 2

Case 4:19-cv-01841    Document 37-1    Filed 04/24/20 in TXSD    Page 11 of 18

8-K 1 form8-k.htm

# United States
# Securities and Exchange Commission
**Washington, D.C. 20549**

# FORM 8-K

Current Report

Pursuant to Section 13 or 15(d) of

The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): July 22, 2019

# RCI HOSPITALITY HOLDINGS, INC.

(Exact Name of Registrant as Specified in Its Charter)

| Texas | 001-13992 | 76-0458229 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

10737 Cutten Road
Houston, Texas 77066
(Address of Principal Executive Offices, Including Zip Code)

(281) 397-6730
(Issuer's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a -12)

[ ]   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d -2(b))

[ ]   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e -4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.01 par value | RICK | The Nasdaq Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company [  ]

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [  ]

**ITEM 8.01 OTHER EVENTS.**

As previously disclosed, a special committee of the audit committee of our board of directors (the "Special Committee") was formed to conduct an independent internal review to look into the matters raised by an SEC inquiry and certain anonymous internet articles. As part of the internal review, the Special Committee engaged an international law firm as independent outside counsel. The fact-finding portion of the internal review is substantially complete. Based on the preliminary findings, the audit committee and management have jointly concluded that certain disclosure in our Annual Report on Form 10-K for the fiscal year ended September 30, 2018 should be supplemented as follows.

Supplemental related party transaction disclosure is as follows:

- We paid Ed Anakar, our director of operations – club division, employment compensation of $471,154, $450,000 and $375,000 during the fiscal years ended September 30, 2018, 2017 and 2016, respectively. Ed Anakar is the brother of Nourdean Anakar, a director and audit committee member of the company.

- During the last three fiscal years we utilized the services of Sherwood Forest Creations, LLC and its predecessor, Creative Steel Designs, furniture fabrication companies that manufacture tables, chairs and other furnishings for our Bombshells locations, as well as providing ongoing maintenance. Sherwood Forest is owned by a brother of Eric Langan, our president and chief executive officer, and Creative Steel was owned by his father. Amounts billed to us for goods and services provided by Sherwood Forest were $321,353 in fiscal 2018, an aggregate of $135,322 by Sherwood Forest and Creative Steel in fiscal 2017, and $176,864 by Creative Steel in fiscal 2016. Sherwood Forest Creations continues to provide services to the company.

Revised and supplemental executive compensation disclosure is as follows:

- In the executive compensation disclosure, personal use of aircraft amounts were incorrectly calculated for fiscal 2018 and were inadvertently left out in 2017 and 2016. In 2018, we accounted for personal use of aircraft using a third-party consultant based on a standard industry fare level rate, which is an accepted compensation basis for IRS purposes. We have revised our methodology to account for personal use of aircraft to be the aggregate incremental cost of personal use of the company aircraft as calculated based on a cost-per-flight hour charge developed by a nationally recognized and independent service. The charge reflects the direct cost of operating the aircraft, including fuel, additives, lubricants, maintenance labor, airframe parts, engine restoration, major periodic maintenance, and an allowance for propeller maintenance. We added actual airport/hangar fees charged to the company on a per-flight basis. The charge does not include fixed costs that do not change based on usage, such as aircraft depreciation, home hangar expenses, and general taxes and insurance.

  Eric Langan and Travis Reese, our executive vice president, were allocated personal use of aircraft amounts in 2018, 2017 or 2016. The corrected amounts for personal use of aircraft for these two individuals is the following:

| Name | Year | Personal Use of Aircraft ($) |
|------|------|------------------------------|
| Eric S. Langan | 2018 | 96,797 |
|  | 2017 | 79,748 |
|  | 2016 | 55,101 |
|  |  |  |
| Travis Reese | 2018 | 20,410 |
|  | 2017 | 9,524 |
|  | 2016 | 5,544 |

3/11/2020

The above increases to personal use of aircraft amounts increases "all other compensation." The corrected all other compensation and total compensation for these two individuals is the following:

| Name and Principal Position | Year | Salary ($) | Stock Awards ($) | Option Awards ($) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|
| Eric S. Langan | 2018 | 1,015,384 | - | - | 111,191 | 1,126,575 |
| | 2017 | 900,000 | - | - | 138,198 | 1,038,198 |
| | 2016 | 878,434 | - | - | 122,741 | 1,001,175 |
| Travis Reese | 2018 | 346,854 | - | - | 56,227 | 403,081 |
| | 2017 | 320,000 | - | - | 48,228 | 368,228 |
| | 2016 | 299,945 | - | - | 41,663 | 341,608 |

Supplemental disclosure to the biographical information of Steve L. Jenkins, a member of the board of directors, is as follows:

- Mr. Jenkins filed voluntary petitions for Chapter 13 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas in August, 2010 and in October, 2015.

Additionally, the audit committee and board of directors anticipate taking the following actions as part of the implementation of a more robust corporate and accounting governance program:

- Appoint at least one new independent member to the board of directors to join the audit committee;

- Appoint a chief compliance officer who will report directly to the audit committee;

- Adopt an amended related party transaction policy strengthening the review process by the audit committee with respect to related party transactions, employment of family members and charitable contributions;

- Adopt an enhanced code of conduct policy;

- Engage third party internal audit consultants to report directly to the audit committee to assist in enhancing our internal audit program and to review corporate governance procedures;

3/11/2020

- Adopt a disclosure committee charter to ensure that all relevant financial transactions requiring SEC disclosure are known by the responsible parties;

- Review employee benefit procedures;

- Adopt an airplane policy specifically outlining personal use by employees; and

- Sell the three residential homes owned by the company.

Forward-Looking Statements

This current report may contain forward-looking statements that involve a number of risks and uncertainties that could cause our actual results to differ materially from those indicated in this current report, including the risks and uncertainties associated with operating and managing an adult business, the business climates in cities where we operate, the success or lack thereof in launching and building our businesses, risks and uncertainties related to cybersecurity, conditions relevant to real estate transactions, and numerous other factors such as laws governing the operation of adult entertainment businesses, competition and dependence on key personnel. We have no obligation to update or revise the forward-looking statements to reflect the occurrence of future events or circumstances.

ITEM 9.01 FINANCIAL STATEMENTS AND EXHIBITS.

(d) Exhibits

99.1—Press release dated July 22, 2019

3/11/2020

Case 4:19-cv-01841     Document 37-1     Filed 04/24/20 in TXSD     Page 15 of 18

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report on Form 8-K to be signed on its behalf by the undersigned hereunto duly authorized.

RCI HOSPITALITY HOLDINGS, INC.

Date: July 22, 2019                    By: */s/ Eric Langan*
                                           Eric Langan
                                           President and Chief Executive Officer

3/11/2020

Case 4:19-cv-01841    Document 37-1    Filed 04/24/20 in TXSD    Page 16 of 18

Case 4:19-cv-01841    Document 37-1    Filed 04/24/20 in TXSD    Page 17 of 18

EX-99.1 2 ex99-1.htm



**RCI Announces Filing of Form 8-K on Independent Internal Review**

HOUSTON—July 22, 2019—RCI Hospitality Holdings, Inc. (Nasdaq: RICK) today announced the filing of a Form 8-K with the Securities and Exchange Commission on the previously reported independent internal review. To access the 8-K, go to "SEC Filings" on the "Company & Investor Information" page of RCI's website at www.rcihospitality.com or visit www.sec.gov.

**Media & Investor Contacts**

Gary Fishman and Steven Anreder at 212-532-3232 or gary.fishman@anreder.com and steven.anreder@anreder.com

3/11/2020

Case 4:19-cv-01841     Document 37-1     Filed 04/24/20 in TXSD     Page 18 of 18