**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. | Master File No. 4:19-cv-01841-AHB |
| Securities Litigation | |

**ORDER**

Before the Court is the Motion to Dismiss Lead Plaintiffs' Amended Class Action Complaint (the "Motion"), filed by Defendants RCI Hospitality Holdings, Inc., Eric Langan, Phillip Marshall, Nour-Dean Anakar, and Steven Jenkins (collectively, "Defendants").  Having reviewed the Motion and all applicable briefing and authority, the Court finds that the Motion should be and hereby is **GRANTED**.  Accordingly, the Defendants are dismissed with prejudice from the above-referenced matter.

**It is so ORDERED.**

_____

**Date**

_____

**The Honorable Alfred H. Bennett
United States District Judge**