**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No. 4:19-cv-01841-AHB |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS COMPLAINT**

Kara M. Wolke, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.       I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in the above captioned action (the "Action").  I am a partner in the law firm of Glancy Prongay & Murray LLP, the Court-appointed co-Lead Counsel in the Action.  I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Complaint.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.       Attached as Exhibit 1 is a true and correct copy of excerpts from RCI Hospitality Holdings, Inc.'s ("RCI") Form 10-K for the fiscal year ended September 30, 2016, which RCI filed with the SEC on December 13, 2016.

3.       Attached as Exhibit 2 is a true and correct copy of excerpts from RCI's 2017 Schedule 14A Proxy Statement, which RCI filed with the SEC on August 10, 2017.

4.       Attached as Exhibit 3 is a true and correct copy of excerpts from RCI's Form 10-K for the fiscal year ended September 30, 2017, which RCI filed with the SEC on February 14, 2018.

5.       Attached as Exhibit 4 is a true and correct copy of excerpts from RCI's Form 10-K

for the fiscal year ended September 30, 2018, which RCI filed with the SEC on December 31, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 23rd day of June, 2020, at Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke

## CERTIFICATE OF SERVICE

I certify that on June 23, 2020, a copy of this document was served on all counsel of record by operation of the Court's electronic filing system.

*s/ Kara M. Wolke*
Kara M. Wolke