# EXHIBIT 1

10-K 1 form10-k.htm

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

[X]    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 30, 2016

[ ]    Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

Commission file number: 001-13992

# RCI HOSPITALITY HOLDINGS, INC.
(Exact name of registrant as specified in its charter)

**Texas**

State or other jurisdiction of (I.R.S. Employer incorporation or organization Identification No.)

**10737 Cutten Road, Houston, Texas 77066**
(Address of principal executive offices)

**(281) 397-6730**
Registrant's telephone number, including area code

Securities registered pursuant to Section 12(b) of the Act:

**Common Stock, $0.01 Par Value**
(Title of class)

**NASDAQ Stock Market LLC**
Name of each exchange on which registered

Securities registered pursuant to section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [ ] No [X]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K [X]

The Company is not aware of any arrangements that could result in a change in control of the Company.

The disclosure required by Item 201(d) of Regulation S-K is set forth in Item 5 herein and is incorporated herein by reference.

**Item 13. Certain Relationships and Related Transactions, and Director Independence.**

Our Board of Directors has adopted a policy that our business affairs will be conducted in all respects by standards applicable to publicly held corporations and that we will not enter into any future transactions and/or loans between us and our officers, directors and 5% shareholders unless the terms are no less favorable than could be obtained from independent, third parties and will be approved by a majority of our independent and disinterested directors. We currently have four independent directors, Steven Jenkins, Nour-Dean Anakar, Robert Watters and Luke Lirot. We know of no related transactions for the years ended September 30, 2016 and 2015.

**Review, Approval, or Ratification of Transactions**

Currently, we rely on our Board of Directors to review related party transactions on an ongoing basis to prevent conflicts of interest. Our Board of Directors reviews a transaction in light of the affiliations of the director, officer, or employee and the affiliations of such person's immediate family. Our Board of Directors will approve or ratify a transaction if it determines that the transaction is consistent with our best interests and the best interests of our shareholders.

**Item 14. Principal Accounting Fees and Services.**

The following table sets forth the aggregate fees paid or accrued for professional services and the aggregate fees paid or accrued for audit-related services and all other services rendered by Whitley Penn LLP for the audit of our annual financial statements for fiscal years 2016, 2015 and 2014 (in thousands).

|  | 2016 | | 2015 | | 2014 | |
|---|---|---|---|---|---|---|
| Audit fees | $ | 322 | $ | 295 | $ | 305 |
| Audit-related fees |  | 11 |  | 11 |  | - |
| Tax fees |  | 43 |  | 116 |  | 126 |
| All other fees |  | - |  | - |  | - |
| Total | $ | 376 | $ | 422 | $ | 431 |

The category of "Audit fees" includes fees for our annual audit, quarterly reviews and services rendered in connection with regulatory filings with the SEC, such as the issuance of comfort letters and consents.

The category of "Audit-related fees" includes acquisition audits, internal control reviews and accounting consultation.

The category of "Tax fees" includes consultation related to corporate development activities.

All above audit services, audit-related services and tax services were pre-approved by the Audit Committee, which concluded that the provision of such services by Whitley Penn LLP was compatible with the maintenance of that firm's independence in the conduct of its auditing functions. The Audit Committee's outside auditor independence policy provides for pre-approval of all services performed by the outside auditors.

81

## SIGNATURES

In accordance with the requirements of Section 13 of 15(d) of the Exchange Act, the Registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on December 13, 2016.

RCI Hospitality Holdings, Inc.

By: */s/ Eric S. Langan*
       Eric S. Langan
       Chief Executive Officer and President

Pursuant to the requirements of the Exchange Act, this report has been signed below by the following persons in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| */s/ Eric S. Langan*<br>Eric S. Langan | Director, Chief Executive Officer, and President | December 13, 2016 |
| */s/ Phillip K. Marshall*<br>By: Phillip K. Marshall | Chief Financial Officer and Principal Accounting Officer | December 13, 2016 |
| */s/ Travis Reese*<br>Travis Reese | Director and Executive Vice President | December 13, 2016 |
| */s/ Robert L. Watters*<br>Robert L. Watters | Director | December 13, 2016 |
| */s/ Nour-Dean Anakar*<br>Nour-Dean Anakar | Director | December 13, 2016 |
| */s/ Steven Jenkins*<br>Steven Jenkins | Director | December 13, 2016 |
| */s/ Luke Lirot*<br>Luke Lirot | Director | December 13, 2016 |

83