# EXHIBIT 3

10-K 1 form10-k.htm

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

[X]     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 30, 2017

[ ]     Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

Commission file number: 001-13992

# RCI HOSPITALITY HOLDINGS, INC.
(Exact name of registrant as specified in its charter)

**Texas**
State or other jurisdiction of (I.R.S. Employer incorporation or organization Identification No.)

**10737 Cutten Road, Houston, Texas 77066**
(Address of principal executive offices)

**(281) 397-6730**
Registrant's telephone number, including area code

Securities registered pursuant to Section 12(b) of the Act:

**Common Stock, $0.01 Par Value**
(Title of class)

**NASDAQ Stock Market LLC**
Name of each exchange on which registered

Securities registered pursuant to section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [ ] No [X]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [ ] No [X]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K [X]

## Cash Flows from Operating Activities

Following are our summarized cash flows from operating activities (in thousands):

|  | Year Ended September 30, | | |
|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Net income | $ 8,282 | $ 10,469 | $ 8,891 |
| Depreciation and amortization | 6,920 | 7,328 | 7,045 |
| Deferred tax expense | 2,273 | 1,143 | 3,882 |
| Stock-based compensation expense | - | 360 | 480 |
| Gain on settlement of patron tax | (102) | - | (8,167) |
| Impairment of assets | 7,639 | 3,492 | 1,705 |
| Net change in operating assets and liabilities | (3,645) | (503) | 1,951 |
| Other | (273) | 742 | 577 |
|  | $ 21,094 | $ 23,031 | $ 16,364 |

Net cash flows from operating activities decreased from 2016 to 2017 due to a decrease in working capital caused by year-end vendor payments, higher income taxes and higher interest expense paid in 2017; while net cash flows from operating activities increased from 2015 to 2016 due to lower income taxes paid and higher pre-tax income partially offset by higher interest expense paid in 2016.

## Cash Flows from Investing Activities

Following are our summarized cash flows from investing activities (in thousands):

|  | Year Ended September 30, | | |
|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Proceeds from sale of property | $ 2,145 | $ 3,427 | $ - |
| Proceeds from notes receivable and sale of marketable securities | 107 | 621 | - |
| Additions to property and equipment | (11,249) | (28,148) | (19,259) |
| Additions of businesses, net of cash acquired | (9,527) | - | (2,328) |
|  | $ (18,524) | $ (24,100) | $ (21,587) |

We opened five new units in 2017 (including two acquired and one reconcepted from a Bombshells to a club); reconcepted one club and acquired one club in 2016; and opened two clubs (including one acquired) in 2015. We also constructed and moved to a new corporate office in 2016.

Following is a reconciliation of our additions to property and equipment for the years ended September 30, 2017, 2016 and 2015 (in thousands):

|  | Year Ended September 30, | | |
|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Acquisition of real estate | $ - | $ 22,174 | $ 23,843 |
| Capital expenditures funded by debt | - | - | (7,978) |
| New capital expenditures in new clubs and corporate building | 9,436 | 3,456 | 1,919 |
| Maintenance capital expenditures | 1,813 | 2,518 | 1,475 |
| Total capital expenditures in consolidated statements of cash flows | $ 11,249 | $ 28,148 | $ 19,259 |

37

**Report of Independent Registered Public Accounting Firm**

Board of Directors and Stockholders
RCI Hospitality Holdings, Inc.
Houston, Texas

We have audited the accompanying consolidated balance sheet of RCI Hospitality Holdings, Inc. as of September 30, 2017 and the related consolidated statements of income, comprehensive income, stockholders' equity, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of RCI Hospitality Holdings, Inc. at September 30, 2017, and the results of its operations and its cash flows the year then ended, in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 2 to the consolidated financial statements, the Company changed its method for testing goodwill for impairment for its fiscal 2017 annual impairment test as of September 30, 2017 due to the adoption of Accounting Standards Update No. 2017-04, "*Intangibles – Goodwill and Other (Topic 350): Simplifying the Test for Goodwill Impairment.*"

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), RCI Hospitality Holdings, Inc.'s internal control over financial reporting as of September 30, 2017, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) and our report dated February 14, 2018 expressed an adverse opinion thereon.

/s/ BDO USA, LLP

Cleveland, Ohio

February 14, 2018

44

## Item 13. Certain Relationships and Related Transactions, and Director Independence.

Presently, our Chairman and President, Eric Langan, personally guarantees all of the commercial bank indebtedness of the company. Mr. Langan receives no compensation or other direct financial benefit for any of the guarantees. Except for these guarantees, we know of no related transactions that have occurred since the beginning of the fiscal year ended September 30, 2017 or any currently proposed transactions in which we were or are to be a participant and the amount involved exceeds $120,000.

### Review, Approval, or Ratification of Related Transactions

We have adopted a policy that our business affairs will be conducted in all respects by standards applicable to publicly held corporations and that we will not enter into any future transactions between us and our officers, directors and 5% shareholders unless the terms are no less favorable than could be obtained from independent, third parties. Currently, we rely on our Audit Committee to review related party transactions on an ongoing basis to prevent conflicts of interest. Our Audit Committee reviews a transaction in light of the affiliations of the director, officer, or shareholder and the affiliations of such person's immediate family. Our Audit Committee will approve or ratify a transaction if it determines that the transaction is consistent with our best interests and the best interests of our shareholders.

Our Audit Committee is composed of all independent directors, including Steven Jenkins, Nour-Dean Anakar and Yura Barabash. We additionally have one other independent director, Luke Lirot, who is not on the Audit Committee. The definition of "independent" used herein is based on the independence standards of The NASDAQ Stock Market LLC.

## Item 14. Principal Accounting Fees and Services.

The following table sets forth the aggregate fees paid or accrued for professional services and the aggregate fees paid or accrued for audit-related services and all other services rendered by Whitley Penn LLP for the audit of our annual financial statements for fiscal years 2016 and partial 2017 and by BDO USA, LLP for partial fiscal 2017 (in thousands).

|  | BDO 2017 | WP 2017 | WP 2016 |
|---|---|---|---|
| Audit fees | $ 299 | $ 43 | $ 322 |
| Audit-related fees | - | 5 | 11 |
| Tax fees | 353 | 23 | 43 |
| All other fees | - | - | - |
| Total | $ 652 | $ 71 | $ 376 |

The category of "Audit fees" includes fees for our annual audit, quarterly reviews and services rendered in connection with regulatory filings with the SEC, such as the issuance of comfort letters and consents.

The category of "Audit-related fees" includes acquisition audits, internal control reviews and accounting consultation.

The category of "Tax fees" includes consultation related to corporate development activities.

All above audit services, audit-related services and tax services were pre-approved by the Audit Committee, which concluded that the provision of such services by BDO USA, LLP or Whitley Penn LLP was compatible with the maintenance of that firm's independence in the conduct of its auditing functions. The Audit Committee's outside auditor independence policy provides for pre-approval of all services performed by the outside auditors.

103

## SIGNATURES

In accordance with the requirements of Section 13 of 15(d) of the Exchange Act, the Registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on February 14, 2018.

RCI Hospitality Holdings, Inc.

By: */s/ Eric S. Langan*

Eric S. Langan
Chief Executive Officer and President

Pursuant to the requirements of the Exchange Act, this report has been signed below by the following persons in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| */s/ Eric S. Langan*<br>Eric S. Langan | Director, Chief Executive Officer, and President | February 14, 2018 |
| */s/ Phillip K. Marshall*<br>By: Phillip K. Marshall | Chief Financial Officer and Principal Accounting Officer | February 14, 2018 |
| */s/ Travis Reese*<br>Travis Reese | Director and Executive Vice President | February 14, 2018 |
| */s/ Nour-Dean Anakar*<br>Nour-Dean Anakar | Director | February 14, 2018 |
| */s/ Yura Barabash*<br>Yura Barabash | Director | February 14, 2018 |
| */s/ Steven Jenkins*<br>Steven Jenkins | Director | February 14, 2018 |
| */s/ Luke Lirot*<br>Luke Lirot | Director | February 14, 2018 |

106