# EXHIBIT 4

10-K 1 form10-k.htm

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

[X]     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 30, 2018

[ ]     Transition report under Section 13 or 15(d) of the Securities Exchange Act of 1934

Commission file number: 001-13992

# RCI HOSPITALITY HOLDINGS, INC.

(Exact name of registrant as specified in its charter)

**Texas**

State or other jurisdiction of (I.R.S. Employer incorporation or organization Identification No.)

**10737 Cutten Road, Houston, Texas 77066**

(Address of principal executive offices)

**(281) 397-6730**

Registrant's telephone number, including area code

Securities registered pursuant to Section 12(b) of the Act:

**Common Stock, $0.01 Par Value**

(Title of class)

**NASDAQ Stock Market LLC**

Name of each exchange on which registered

Securities registered pursuant to section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [ ] No [X]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [ ] No [X]

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K [ ]

## Item 13. Certain Relationships and Related Transactions, and Director Independence.

Presently, our Chairman and President, Eric Langan, personally guarantees all of the commercial bank indebtedness of the company. Mr. Langan receives no compensation or other direct financial benefit for any of the guarantees.

In November 2018, we borrowed $500,000 from Ed Anakar, an employee of the Company and the brother of our director Nourdean Anakar. The note bears interest at the rate of 12% per annum and matures in November 2021. The note is payable in monthly installments of interest only with a balloon payment of all unpaid principal and interest due at maturity.

Except for these above transactions, we know of no related transactions that have occurred since the beginning of the fiscal year ended September 30, 2018 or any currently proposed transactions in which we were or are to be a participant and the amount involved exceeds $120,000.

### Review, Approval, or Ratification of Related Transactions

We have adopted a policy that our business affairs will be conducted in all respects by standards applicable to publicly held corporations and that we will not enter into any future transactions between us and our officers, directors and 5% shareholders unless the terms are no less favorable than could be obtained from independent, third parties. Currently, we rely on our Audit Committee to review related party transactions on an ongoing basis to prevent conflicts of interest. Our Audit Committee reviews a transaction in light of the affiliations of the director, officer, or shareholder and the affiliations of such person's immediate family. Our Audit Committee will approve or ratify a transaction if it determines that the transaction is consistent with our best interests and the best interests of our shareholders.

Our Audit Committee is composed of all independent directors, including Steven Jenkins, Nourdean Anakar and Yura Barabash. We additionally have one other independent director, Luke Lirot, who is not on the Audit Committee. The definition of "independent" used herein is based on the independence standards of The NASDAQ Stock Market LLC.

### Item 14. Principal Accounting Fees and Services.

The following table sets forth the aggregate fees paid or accrued for professional services rendered by BDO USA, LLP for the audit of the Company's annual financial statements and internal control over financial reporting, together with audit-related services, tax, and all other services for fiscal years 2018 and 2017 (in thousands).

|  | Fiscal 2018 | Fiscal 2017 |
|---|---|---|
| Audit fees | $ 879 | $ 299 |
| Audit-related fees | - | - |
| Tax fees | 351 | 353 |
| All other fees | - | - |
| Total | $ 1,230 | $ 652 |

"Audit fees" include fees billed for professional services rendered in connection with the annual audit and quarterly reviews of the Company's consolidated financial statements, the audit of internal control over financial reporting as required by the Sarbanes-Oxley Act of 2002, and assistance with securities filings other than periodic reports.

There were no "Audit-related fees" in Fiscal 2018 or 2017.

The category of "Tax fees" includes consultation related to tax compliance and tax structuring.

All above audit services, audit-related services and tax services were pre-approved by the Audit Committee, which concluded that the provision of such services by BDO USA, LLP was compatible with the maintenance of that firm's independence in the conduct of its auditing functions. The Audit Committee's outside auditor independence policy provides for pre-approval of all services performed by the outside auditors.

104

**SIGNATURES**

In accordance with the requirements of Section 13 of 15(d) of the Exchange Act, the Registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on December 31, 2018.

RCI Hospitality Holdings, Inc.

By: */s/ Eric S. Langan*

Eric S. Langan
Chief Executive Officer and President

Pursuant to the requirements of the Exchange Act, this report has been signed below by the following persons in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| */s/ Eric S. Langan*<br>Eric S. Langan | Director, Chief Executive Officer, and President | December 31, 2018 |
| */s/ Phillip K. Marshall*<br>Phillip K. Marshall | Chief Financial Officer and Principal Accounting Officer | December 31, 2018 |
| */s/ Travis Reese*<br>Travis Reese | Director and Executive Vice President | December 31, 2018 |
| */s/ Nourdean Anakar*<br>Nourdean Anakar | Director | December 31, 2018 |
| */s/ Yura Barabash*<br>Yura Barabash | Director | December 31, 2018 |
| */s/ Steven Jenkins*<br>Steven Jenkins | Director | December 31, 2018 |
| */s/ Luke Lirot*<br>Luke Lirot | Director | December 31, 2018 |

107