UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No. 4:19-cv-01841-AHB |

### JOINT NOTICE OF SETTLEMENT

Lead Plaintiffs Roger DeMaggio, Patrick Prahl, Justin Kinslow, Joseph Milo, and Edgar M. Kee ("Plaintiffs") and Defendants RCI Hospitality Holdings, Inc., Eric Langan, Phillip Marshall, Nour-Dean Anakar, and Steven L. Jenkins ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby notify the Court that they have reached an agreement-in-principle to resolve this matter. The Parties are in the process of negotiating a long-form settlement agreement, subject to preliminary and final court approval.

The Parties anticipate executing a formal stipulation of settlement within 30 calendar days. Once finalized, the stipulation of settlement and related settlement materials, including the proposed notice to the settlement class, will be submitted for court approval.

The Parties therefore respectfully request that the Court stay all pretrial proceedings and provide the Parties with 30 calendar days to file a comprehensive written stipulation of settlement, together with a motion for preliminary approval thereof.

/ /

/ /

/ /

/ /

1

Dated: January 24, 2022

Respectfully submitted,

By: *s/ Kara M. Wolke*
**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke (admitted *pro hac vice*)
*Attorney-In-Charge for Plaintiffs*
California Bar No. 241521
Melissa C. Wright (admitted *pro hac vice*)
California Bar No. 291120
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (admitted *pro hac vice*)
New York Bar No. 4145397
Brian B. Alexander (admitted *pro hac vice*)
New York Bar No. 4731022
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
balexander@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

**KENDALL LAW GROUP, PLLC**
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
3232 McKinney Ave., Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

*Liaison Counsel for Plaintiffs and the Class*

By: *s/ Jason S. Lewis*
**DLA PIPER LLP (US)**
Jason S. Lewis
*Attorney-In-Charge for Defendants*
Texas Bar #24007551, SDTX #430226
Jason M. Hopkins
Texas Bar # 24059969, SDTX# 2108564
Marina Stefanova
Texas Bar #24093200, SDTX #3026496
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
jason.lewis@dlapiper.com
jason.hopkins@dlapiper.com
marina.stefanova@dlapiper.com

**DLA PIPER LLP (US)**
David Priebe (admitted *pro hac vice*)
California Bar #148679
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
david.priebe@dlapiper.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically filed a true and correct copy the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*/s/ Kara M. Wolke*
Kara M. Wolke