United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No. 4:19-cv-01841-AHB |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File a Stipulation of Settlement and Motion for Preliminary Approval. The Joint Motion is GRANTED.

IT IS ORDERED that the Parties will have until April 15, 2022 to file their stipulation of settlement and to move for preliminary approval.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on March 16, 2022, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge