# Exhibit A-4
## to the Stipulation

In re RCI Hospitality Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 10963

[Postage Prepaid]

### *COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*In re RCI Hospitality Securities Litigation*
Case No. 4:19-cv-01841

Name
Address
City, State
Zip

---

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.RCIHOLDINGSSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against RCI Hospitality Holdings Inc. ("RCI") and certain executives and directors of RCI (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public about RCI's related party transactions and the adequacy of its internal controls, in violation of the federal securities laws. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired RCI common stock between December 13, 2016 and July 18, 2019, inclusive, and been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $2,200,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.RCIHoldingsSecuritiesSettlement.com.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in RCI common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.38 per eligible security before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted.  This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.RCIHoldingsSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator at (866) 274-4004. **Claim Forms must be postmarked by _____, 2022 to the Claims Administrator**. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 2022, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____, 2022.  The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on _____, 2022, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33⅓% of the Settlement Fund in attorneys' fees, plus actual expenses up to $135,000 for litigating the case, and reimbursement of Plaintiffs' costs and expenses related to their representation of the Settlement Class in an amount not to exceed $3,000 per Plaintiff. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866) 274-4004 or visit the website www.rciholdingssecuritiessettlement.com and read the detailed Notice.