UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No. 4:19-cv-01841-AHB |

## ORDER

Before the Court is the Plaintiffs' Unopposed Emergency Motion to Continue Final Class Action Settlement Hearing. The Emergency Motion is GRANTED.

IT IS ORDERED that the Settlement Hearing originally scheduled for June 24, 2022, will now be held on _____, 2022 at __:__ _.m. in Courtroom 8631 of the United States Courthouse, 515 Rusk Avenue, Houston, TX 77002.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge