United States District Court
Southern District of Texas
**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No. 4:19-cv-01841-AHB |

## ORDER

Before the Court is the Plaintiffs' Unopposed Emergency Motion to Continue Final Class Action Settlement Hearing. The Emergency Motion is GRANTED.

IT IS ORDERED that the Settlement Hearing originally scheduled for June 24, 2022, will now be held on August 12, 2022 at 10:00 a.m. in Courtroom 8C of the United States Courthouse, 515 Rusk Avenue, Houston, TX 77002.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on May 6, 2022, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge