# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No. 4:19-cv-01841-AHB |

**DECLARATION OF BRIAN SCHALL, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF THE SCHALL LAW FIRM**

I, Brian Schall, Esq., declare as follows:

1.      I am a partner at the Schall Law Firm ("Schall"), one of Plaintiffs' Counsel in the above-captioned action (the "Action").[1]  I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action.  I have personal knowledge of the facts set forth herein based on my active supervision of, and participation in, the prosecution and settlement of the claims asserted in the Action and, if called upon, could and would testify thereto.

2.      As one of the counsel for Plaintiffs in this Action, Schall, among other things: (a) ensured that lead plaintiffs Patrick Prahl and Justin Kinslow (collectively, "Lead Plaintiffs") were apprised and informed of the status of the litigation, including all settlement negotiations; provided Lead Plaintiffs with all documents filed, and Court orders issued, in the case; and (c) prepared documents for Lead Plaintiffs' review and execution.

3.      The schedule attached hereto as Exhibit A is a detailed summary indicating the amount of time spent by attorneys and professional support staff employees of my firm who, from inception of the Action through and including June 15, 2022, billed five or more hours to the Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

4.      I am the partner who oversaw or conducted the day-to-day activities in the Action and I reviewed these daily time records in connection with the preparation of this declaration.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated April 14, 2022.  ECF No. 70-1.

The purpose of this review was to confirm both the accuracy of the records as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I made reductions to certain of my firm's time entries such that the time included in Exhibit A reflect that exercise of billing judgment. Based on this review and the adjustments made, I believe that the time of Schall attorneys and staff reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Action. No time expended on the application for fees and reimbursement of expenses has been included.

5.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.

6.      The total number of hours reflected in Exhibit A is 38 hours. The total lodestar reflected in Exhibit A is $22,700.00, consisting of $21,500.00 for attorneys' time and $1,200.00 for professional support staff time.

7.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. My firm is not seeking the reimbursement of expenses in this case.

8.      Attached hereto as Exhibit B is a brief biography of the Schall Law Firm, including the attorneys who were involved in the Action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2022, in Los Angeles, California.

DocuSigned by:

*Brian Schall*

43E36EEDF1854E7...

Brian Schall

2

# EXHIBIT A

## *In re RCI Hospitality Holdings Inc., Securities Litigation,*
## Master File No. 4:19-cv-01841-AHB

### Schall Law Firm

### LODESTAR REPORT
### FROM INCEPTION THROUGH JUNE 15, 2022

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Brian Schall | Partner | 5 | $800.00 | $4,000.00 |
| Rina Restaino | Senior Counsel | 25 | $700.00 | $17,500.00 |
| **TOTAL ATTORNEY** | | **30** | | **$21,500.00** |
| **PROFESSIONAL STAFF:** | | | | |
| Eric Herzog | Data Analyst | 8 | $150.00 | $1,200.00 |
| **TOTAL PROFESSIONAL STAFF** | | **8** | | **$1,200.00** |
| **TOTAL LODESTAR** | | **38** | | **$22,700.00** |

3

**EXHIBIT B**
**Schall Law Firm**

**FIRM RESUME**



# *FIRM RESUMÉ*

*The Schall Law Firm*
*2049 Century Park East, Suite 2460*
*Los Angeles, CA 90067*
*Telephone: (310) 301-3335*
*Fax: (877) 590-0482*

**SI | SCHALL LAW**

## ABOUT THE FIRM

The Schall Law Firm represents investors all over the world who have been harmed by securities fraud and corporate malfeasance. The firm is Co-lead or Co-counsel on some of the largest securities class action cases in the United States and has recovered hundreds of millions of dollars for shareholders.

## CLASS ACTION EXPERIENCE

The Schall Law Firm's legal team has broad experience representing plaintiffs and defendants in complex class actions in federal and state courts nationwide. The experience spans securities, fraud-based, and employment claims across an assortment of industries.

The Schall Law Firm's attorneys have worked for federal judges and have represented plaintiffs and defendants in an array of class actions across sectors. Drawing on that experience, The Schall Law Firm's clients receive a high standard of client development and legal representation in complex litigation.

## SECURITIES EXPERIENCE

The Schall Law Firm's legal team has the expertise and experience to zealously litigate securities cases of any size, scope, or level of complexity. The Schall Law Firm's attorneys have prosecuted securities class actions on behalf of all types of investors and has amassed the expertise to navigate every challenge posed by complex securities litigation under the Securities Act of 1933 and Securities Exchange Act of 1934.

1

# RECENT SECURITIES SETTLEMENTS
## The Schall Law Firm is Co-Counsel on the following cases:

*Klein v. Altria Group, Inc. et al.* – No. 3:20-CV-00075 (E.D. Va.)
- Shareholder class action challenging Altria and Juul's marketing practices.
- $90 million dollar settlement

*Erickson, et al. v. Snap, Inc., et al.* – No. 17-CV-03679 (C.D. Cal.)
- Shareholder class action challenging Snap's public statements regarding their growth as materially false and misleading.
- $187.5 million dollar settlement

*Perdomo v. ADT Inc., et al.* – No. *9:18-CV-80668* (S.D. Fla.)
- Shareholder class action regarding ADT's IPO Registration Statement.
- $30 million dollar settlement

*Zwick Partners, LP, et al. v. Quorum Health, et al.* – No. 16-CV-02475 (M.D. Tenn.)
- Shareholder class action challenging various indicators of impairment that existed at the time of Quorum's spin-off from CHS.
- $18 million dollar settlement

*In re Avon Products, Inc. Securities Litigation* – No. 19-CV-01420 (S.D.N.Y)
- Shareholder class action challenging Avon's disclosure of credit terms.
- $14.5 million dollar settlement

*In re Toronto-Dominion Bank Securities Litigation* – No. 17-CV-01665 (D.N.J.)
- Shareholder class action challenging the company's policies which led to its employees to break the law at their customer's expense in order to meet sales targets.
- $13.2 million dollar settlement

*Turocy, et al. v. El Pollo Loco Holdings, Inc., et al.* – No. 15-CV-01343 (C.D. Cal.)
- Shareholder class action challenging the company's sales growth claims.
- $20 million dollar settlement

SCHALL LAW

# OUR TEAM

**SCHALL LAW**

# BRIAN J. SCHALL
## *Founding Partner*

Brian Schall founded The Schall Law Firm after spending several years helping to secure tens of millions of dollars in securities class action recoveries for individual, retail and institutional shareholders.

Mr. Schall began his career working for the Honorable Patrick J. Walsh in federal court at the Central District of California, and also served as a summer associate at American Funds – at the time the world's most powerful controlling shareholder.

Mr. Schall went on to work for Beach Point Capital Management, a multi-billion dollar fund manager where he focused on Dodd-Frank compliance, with a special emphasis on complex derivatives. Mr. Schall worked as an associate at Glancy Prongay & Murray, one of the top securities class action firms in the country, and subsequently co-founded Goldberg Law PC where he defended and fought for the rights of his clients in some of the largest class action cases in recent years.

## Education

- University of the Pacific, McGeorge School of Law, J.D.
- University of California, Riverside, B.A.

## Admissions

- California
- U.S. District Court: Northern District of California

4

**SI | SCHALL LAW**

# RINA RESTAINO
## *Senior Attorney*

Rina Restaino is a Senior Associate in the firm's Century City office. She is committed to understanding a client's needs and provides counsel to clients on a variety of class action litigation matters.

She has worked extensively through all phases of class action matters, particularly class actions involving over 1,000 plaintiffs. Ms. Restaino has managed clients and litigation from inception through final approval in over 10 complex class actions. She has extensive experience in cases involving multifaceted data management and damage analysis.

Ms. Restaino has worked for Fortune 500 companies in different legal and business capacities. She has handled single plaintiff and class action litigation for employees and employers including wrongful termination, discrimination, wage claims, and unfair labor practices.

She earned her J.D. in 2012 from Loyola Law School, Los Angeles, and her B.A., in 2009 from New York University, where she was on the Dean's List. She participates as a moot court judge at Loyola Law School, and also serves as a mentor to first-year law students.

## Education

- Loyola Law School, J.D.
- New York University, B.A.

## Admissions

- California
- U.S. District Court: Central District of California

5

**SI | SCHALL LAW**

# SHERIN MAHDAVIAN
## *Associate Attorney*

Sherin Mahdavian is a transactional and litigation attorney with experience in the fields of business and regulatory law.

In 2011, Ms. Mahdavian graduated from UCLA with a bachelor's degree in political science. She then continued straight into law school at the UCLA School of Law, graduating with a specialization in business law.

While in law school, Ms. Mahdavian interned at Congressman Brad Sherman's office as a federal agency liaison, and worked at one of the top lobbying firms in Los Angeles, Arnie Berghoff & Associates. After graduating, she worked at Dongell Lawrence Finney LLP, a mid-sized law firm in Downtown LA, where she specialized in the areas of regulatory, business, and environmental law. While there, she focused her efforts on transactional work and client relations. She now works as an associate attorney at Schall Law, focusing her practice on client services and case development.

## Education

- University of California, Los Angeles – School of Law, J.D.
- University of California, Los Angeles, B.S.

## Admissions

- California
- U.S. District Court: Central District of California

6

SCHALL LAW

# JEFFERSON SAYLOR
## *Of-Counsel Attorney*

Jefferson Saylor is an attorney specializing in plaintiff-side civil litigation and client development. He has been recognized by Super Lawyers every year since 2015.

He has first and second chair trial experience and is responsible for obtaining over $75 million in verdicts, settlements, and judgments. He has also contributed his time to public interest work at the Inner City Law Center, litigating against Los Angeles slumlords.

Mr. Saylor is a graduate of Loyola Law School, where he interned in Federal Court and worked at the Center for Juvenile Law and Policy. He is admitted to the California Bar and is a member of the Consumer Attorneys Association of Los Angeles.

## Education

- Loyola Law School, J.D.
- Gordon College, B.A.

## Admissions

- California
- U.S. District Court: Central District of California

# Eric Herzog
## *Director, Client Data Analytics*

Eric Herzog is the Director of Client Data Analytics for the Schall Law Firm and possesses a wide range of analyst/accounting experience across diverse fields. Having worked in non-profit, technology, and film/television sectors, including work with Fortune 500 companies, he offers our clients a unique perspective and attention to detail.

## Education

- American School of Professional Psychology, B.A.

8