# EXHIBIT 7

| Select Fifth Circuit Cases Awarding Attorneys' Fee Awards of 33% or Above | | |
|---|---|---|
| Case | Settlement Amount | Fee Award |
| In re Shell Oil Refinery, No. 88-cv-1935, 155 F.R.D. 552, 575 (E.D. La. Oct. 20, 1993) | $170,000,000 | 33⅓% |
| In re Combustion, Inc., No. 94-mdl-4000, 968 F. Supp. at 1136, 1142 (W.D. La. June 4, 1997) | $127,396,000 | 36.00% |
| Erica P. John Fund, Inc. v. Halliburton Company, No. 02-cv-1152 ECF No. 844 (N.D. Tex. Apr 25 2018) | $100,000,000 | 33.33% |
| Sims v. Shearson Lehman Bros., No. 90-cv-0252, 1993 WL 646022, at *3 (N.D. Tex. Nov. 29, 1993) | $30,000,000 | 33⅓% |
| In re Bayou Sorrel Class Action, No. 04-cv-1101, 2006 WL 3230771 (W.D. La. Oct 31, 2006) | $28,000,000 | 36% |
| Burford v. Cargill, Inc., No. 05-cv-0283, ECF No 339, 2012 WL 5471985 (W.D. La. Nov 8, 2012) | $27,500,000 | 33⅓% |
| Prause v. Technip FMC plc, No. 17-cv-2368, ECF No. 215 (S.D. Tex. Mar 23, 2021) | $19,500,000 | 33.00% |
| Rougier v. Applied Optoelectronics, Inc., No. 17-cv-2399, ECF No. 156 (S.D. Tex. Nov. 24, 2020) | $15,500,000 | 34.20% |
| In re Universal Access, Inc. Sec. Litig., No. 02-cv-0103, ECF No. 182 (E.D. Tex. May 16, 2005) | $11,000,000 | 33⅓% |
| Glock v. FTS Int'l, Inc., No. 20-cv-3928, 2021 WL 1422714, at *1-2 (S.D. Tex. Apr. 13, 2021) | $9,875,000 | 33.00% |
| Parmelee v. Santander Consumer USA Holdings Inc., No. 16-cv-0783, ECF No. 86 (N.D. Tex. June 3, 2019) | $9,500,000 | 33⅓% |
| In re DrKoop.com, No. 00-cv-0427, ECF No. 48 (W.D. Tex. Nov. 14, 2001) | $8,550,000 | 33⅓% |
| Friedman v. Penson Worldwide, Inc., No. 11 Civ. 2098, ECF No. 100 (N.D. Tex. Aug. 23, 2013) | $6,500,000 | 33⅓% |
| In re Bristow Group Inc. Sec. Litig., No. 19-cv-0590, ECF No. 70 at (S.D. Tex. Aug 6, 2021) | $6,250,000 | 33.00% |
| In re Forterra Inc. Sec. Litig., No. 18-cv-1957, 2020 WL 4727070, at *1 (N.D. Tex. Aug. 12, 2020) | $5,500,000 | 33⅓% |
| Miller v. Global Geophysical Services, Inc., No. 14-cv-0708, ECF No. 137 (S.D. Tex. Jan 1, 2016) | $5,300,000 | 33⅓% |
| In re EZCORP, Inc. Sec. Litig., No. 15-cv-0608, 2019 WL 6649017, at *1 (W.D. Tex. Dec. 6, 2019) | $4,875,000 | 33.00% |
| Carlton v. Cannon, No. 15-cv-0012, ECF No. 158 (S.D. Tex. June 7, 2017) | $4,500,000 | 33⅓% |
| Bodin v. SAExploration Holdings, Inc., No. 19-cv-3089, ECF No. 103 (S.D. Tex. Aug 12, 2021) | $4,500,000 | 33.33% |
| Jenkins v. Trustmark Nat'l Bank, No. 12-cv-0380, 300 F.R.D. at 307 (S.D. Miss. Mar 25, 2014) | $4,000,000 | 33⅓% |
| Kemp v. Unum Life Insurance Company of America, No. 14-cv-0944, 2015 WL 8526689, at *9 (E.D. La. Dec 11, 2015) | $3,738,402 | 33⅓% |
| Fairway Med. Ctr., L.L.C. v. McGowan Enterprises, Inc., No. 16-cv-3782, 2018 WL 1479222, at *2 (E.D. La. Mar. 27, 2018) | $3,250,000 | 33⅓% |
| Fitzpatrick v. Uni-Pixel, Inc., No. 13-cv-1649, ECF No. 58 (S.D. Tex. Apr. 30, 2015) | $2,350,000 | 33⅓% |
| Vassallo v. Goodman Networks, Inc., No. 15-cv-97, 2016 WL 6037847, at *4, *6 (E.D. Tex. Oct 14, 2016) | $2,000,000 | 39.78% |
| Branca v. First USA Paymentech, Inc., No. 97-cv-2507, ECF No. 59 (N.D. Tex. Jan. 4, 2001) | $2,000,000 | 33⅓% |
| Campton v. Ignite Rest. Grp., Inc., No. 12-cv-2196, 2015 WL 12766537, at *3 (S.D. Tex. June 5, 2015) | $1,800,000 | 33⅓% |
| Barfuss v. DGSE Co. Inc., No. 12-cv-3664, ECF No. 52 (N.D. Tex. Sept. 16, 2013) | $1,700,000 | 33⅓% |
| Faircloth v. Certified Fin. Inc., No. 99-cv-3097, 2001 WL 527489, at *9 (E.D. La. May 16, 2001) | $1,534,321 | 35.00% |
| Lee v. Active Power, Inc., No. 13-cv-0797, ECF No. 65 (W.D. Tex. May 15, 2015) | $1,500,000 | 33⅓% |
| In re CBD Energy Limited Sec. Litig., No. 15-cv-01668, ECF No. 147 (S.D. Tex. July 27, 2017) | $1,500,000 | 33⅓% |