**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re RCI Hospitality Holdings, Inc. Securities Litigation | Master File No.: 4:19-cv-01841-AHB |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.  I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.    Pursuant to the Court's April 28, 2022 Unopposed Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 71), SCS was retained to serve as the Claims Administrator in connection with the Settlement of the above-captioned action.  I submit this declaration as a supplement to my earlier declaration, the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated July 7, 2022 (ECF No. 76-1, the "Initial Mailing Declaration").

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 14, 2022.  ECF No. 70-1.

3.     As more fully discussed in the Initial Mailing Declaration, as of July 7, 2022, SCS mailed a total of 10,711 Postcard Notices to potential Settlement Class Members and nominees. Moreover, as of July 7, 2022, 2,904 emails containing a link to a downloadable version of the Notice and Claim Form on the Settlement Website (www.rciholdingssecuritiessettlement.com) were sent to potential Settlement Class Members by either SCS or a nominee.

4.     Since the execution of the Initial Mailing Declaration, 575 additional Postcard Notices were mailed by SCS, 100 additional Postcard Notices were requested by a nominee,[3] and SCS has been notified by a nominee that 118 additional emails were sent with a direct link to the Notice and Claim Form on the Settlement Website.  To date, a total of 14,408 potential Settlement Class Members were either mailed a Postcard Notice or an email containing a direct link to the Notice and Claim Form.[4]

## UPDATE ON TOLL-FREE PHONE LINE

5.     As stated in the Initial Mailing Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request the Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

## UPDATE ON SETTLEMENT WEBSITE

6.     On May 13, 2022, SCS established a Settlement Website.  The Settlement Website is accessible 24 hours a day, 7 days a week.  The website contains a home page; an

---

[3] Out of the 11,386 Postcard Notices mailed by SCS or a nominee, 426 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 10, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 416 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 235 were re-mailed to updated addresses.

[4] SCS also received 24 requests from potential Settlement Class Members to mail them a Notice and Claim Form.  SCS immediately mailed them a Notice and Claim Form.

important documents page; an online claim submission page; a nominees page; and a contact us page. On July 12, 2022, SCS updated the important documents page with the filings related to (a) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. To date, the Settlement Website has received 3,269 page views from 864 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.      The Notice, Summary Notice, Postcard Notice, and the Settlement Website informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than July 22, 2022. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

8.      According to the Notice, Summary Notice, Postcard Notice, and the Settlement Website, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were required to file their written objections with the Court and mail copies to Lead Counsel and Defendants' Counsel such that the papers were received on or before July 22, 2022. As of the date of this declaration, SCS has not received any objections and is not aware of any objections being filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 4th day of August 2022, in Media, Pennsylvania.

Josephine Bravata

3